Loy A. Thurman
P.O. Box 520011
Big Lake, Alaska 99652
(907) 775-8899
Loythurman@outlook.com
Thomas W. Oels
2841 W. Discovery Loop
Wasilla, Alaska 99654
(907) 232-6782
Blake@mtaonline.net
David H. Johnson
6360 East Homebuilt Circle
Wasilla, Alaska 99654
(907) 232-6847
Dhjohnson113@mtaonline.net
William C. de Schweinitz
1530 Gambell Street
Anchorage, Alaska 99501
(907) 884-7001
William.Z@ak.net
Pamela L. Bickford
16840 Tide View Drive
Anchorage, Alaska 99516
(907) 223-8829
Speedster21@protonmail.com

    *Intervenors.*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

PUBLIC INTEREST LEGAL FOUNDATION, INC.,

    *Plaintiff,*

  v.                                                           Civil Case No.
                                                                 1:22-cv-00001-SLG

KEVIN MEYER, in his official capacity
as Lieutenant Governor for the
State of Alaska,

    *Defendant.*


**Affidavit of Pamela L. Bickford**

1. I, Pamela L. Bickford, do solemnly swear or affirm that the facts listed below are true to the best of my knowledge.

2. I have, beginning on February 21, 2022, left messages on several occasions during business hours with the Public Interest Legal Foundation to request permission to intervene.

3. I know, Tom Oels has also attempted to contact the Foundation without a response.

4. On Feb. 28, 2022, I sent an email introduction/notification of our intent to file a motion to intervene in this case. Exhibit PLB-1, p.1.

5. On Feb. 25, 2022, I called members of our unincorporated assembly of Alaskan qualified voters to obtain their permission to file documents with their personal identification unredacted to fulfill the requirement that intervention shares an interest relating to the transaction which is the subject of the action and shares a common question of law or fact in common, the real opportunity to obtain a clean voter registration list with which to advocate for real transparency and integrity in our election process.

6. The documents, Exhibit PLB-1, p. 2-5, were the service and letter of rejection of our Original Application to Notify the Court of the errors that would warrant remand and correction. The time to Appeal had expired and the submission of proposed agreements and negotiations were egregious errors for both the state officials and the judicial officers. However offensive, the documents in the court records would not be considered "evidence" without further proceedings to develop the record.

7. The "Report to Court," Exhibit PLB-1, p. 6-8, identifies all thirteen members from across Alaska, the missing signatures were the individuals who provided a notarized affidavit and were not present to file in person.

8. The first motion identifies all motions and our proposed plan to proceed, PLB-1, p. 9-12.

9. The second attached motion, the main reason we intervened in this case, was our attempt to preemptively scrub the 52 U.S.C. 20507, National Voter Registration Act, Exhibit PLB-1, p 13-20.

10. Exhibit PLB-1, p. 21-22, are excerpts from the August 2021 Election Assistance Commission Report, showing the NVRA Voter

2

Registration Table for Alaska, over registered from 2016 and at 111.7 % for 2020, and at least one-third of the confirmation notices returned as undeliverable.

11. Exhibit PLB-1, p. 23-27, an article by the Alaska Watchman concerning the decline in population and contrasting "burgeoning voter registration rolls" inquiring how "From 2016 to 2020, Alaska lost 11,734 citizens but gained 66,976 new voters." (This article is attached to Michael Alexander's affidavit in the original case file.)

12. Exhibit PLB-1, p. 28-30, Win Gruening, opined "Alaska should make it easy to vote, hard to cheat" and introduced the administrations "Election Integrity Bill" with the intent to "update and streamline the state voter database" as Census data in Alaska" has revealed "that an estimated 42,000 names on the current state voter list may not be legal voters." See p. 29.

13. Exhibit PLB-1, p. 31, is documentation of a trend, a number of states are suspending their expensive participation in the Electronic Registration Information Center (ERIC).

14. Exhibit PLB-1, p. 32-52, is the Must Read Alaska's promotion for the administration's "election integrity" bill, and the submitted bill to "help rebuild trust in the election process."

15. The voter registration thru the application of a permanent fund dividend continues, p. 32-36; the review and update of the master register, p. 36; the biennially audit by consultation" by "nationally recognized subject-matter expert selected by the division", p. 36; and shall publish a report by "February 1 of each year of a general election" describing the recent "biennial audit and expert recommendations" and "highlighting voting data problems, irregularities, errors, and vulnerabilities identified in the audit." P. 36.

16. Exhibit PLB-1, p 40, reduces the preservation of election ballots, papers, and materials, from four years to 22 months and extends the preservation of ballots and stubs from 30 days to 22 months.

17. Exhibit PLB-1, p. 41, extends the application for an absentee ballot to four years, with a renewal for every four years.

18. Exhibits PLB-1, p. 32-52, are attached to the original affidavit of Thomas Oels, and attached to this affidavit to compile topic related content with regards to the overblown

3

voter registration problems, hopefully addressed by this intervention.

_3-1-22_  
Date

Signature of Person Making this Affidavit: *Pamela L. Bickford*

Printed Name: Pamela L. Bickford

Subscribed and sworn to or affirmed before me at Anchorage, Alaska on 1 March 2022.

(SEAL)

Clerk of Court, Notary Public, or other person authorized to administer oaths.

My commission expires 11/13/2023

"Official Seal"
Notary Public
Lakiesha Pleasant
State Of Alaska
Commission #191113016 Expires 11/13/2023

4

Case 1:22-cv-00001-SLG    Document 13-1    Filed 03/02/22    Page 4 of 4