urging Alaskans to demand a full forensic audit of the Nov. 3 elections. The petition states that confidence in the integrity of the election process "is paramount to the preservation of a free society" and "robust and timely audits of Alaska's election process have the ability to identify any weaknesses in that process and also provide Alaskans with the confidence that their vote, and the votes of their fellow Alaskans, are counted correctly."

One example of frustration for many Alaskans is Ballot Measure 2, the implementation of ranked choice voting in Alaska, which was passed by a 3,700 vote margin. With a massive influx of just under 67,000 registered voters during former President Trump's administration, while Alaska lost 11,700 people as a state, it may have taken only 5.5% of these new voters to swing the vote on Ballot Measure 2 and force this new law upon Alaskans.

The problem of bloated voter registration in states like Alaska was highlighted by the political watchdog group, Judicial Watch. Three weeks before the last general election, the group listed Alaska among several states that had a voter registration rates which exceeded 100% of the voting population. Their study showed 1.8 million excess, or "ghost voters" across 29 states.

"The data highlights the recklessness of mailing blindly ballots and ballot applications to voter registration lists," said Judicial Watch President Tom Fitton. "Dirty voting rolls can mean dirty elections."

The problem of Alaska's ever-more bloated voter rolls is continuing in 2021, even as the overall population declines. From September 2020 to September 2021 the Division of Elections website shows that Alaska has added another 3,678 voters and counting.

**TAKING ACTION**

- Click here to contact Lt. Gov. Kevin Meyer who is charged with overseeing state elections.

Exhibit _PLB-1_
Page _27_ of _52_

Exhibit _RA-7_
Page _5_ of _5_

Win Gruening: Alaska should make it easy to vote, hard
to cheat
by SENIOR CONTRIBUTOR

By WIN GRUENING

After Alaska's Online Voter Registration System was breached last year, along with 2020's contentious election, and what is shaping up to be a similar one in 2022, it's essential that our state election officials evaluate potential changes to ensure our state voting system remains secure.

Toward this end, Gov. Mike Dunleavy and Lt. Gov. Kevin Meyer recently announced forthcoming administration-backed legislation entitled the Election Integrity Bill. In draft form now, it includes elements of election reform legislation introduced by both Republican and Democratic legislators.

While common areas of agreement among all legislators exist, this well-intentioned modest effort could become controversial if rational debate devolves into partisan exaggerations and emotional hyperbole.

The reasonable voting changes that were enacted last year in the state of Georgia, for example, were labeled by President Joe Biden as "Jim Crow on steroids." The controversy was later described by *The Wall Street Journal's Editorial Board as* "...a stew of falsehood, propaganda and panic." *The Journal* blamed the uproar on partisan distortions, echoed by the media, and "CEOs of major companies who are uninformed at best or cowardly at worst."

This doesn't need to happen in Alaska and consensus is possible if we focus on the facts – not partisan message points.

This is especially important as three significant impacts will simultaneously influence our next statewide election: Newly formed election districts under redistricting; a completely new and complicated voting system (Ranked Choice Voting); and the likely continuation of widespread absentee balloting.

In 2012, the Pew Foundation released a report on the voter registration systems maintained by the states. The report found that approximately 24 million - one in every eight - voter registrations were either inaccurate or no longer valid. More than 1.8 million

Exhibit *PLB-1*
Page *28* of *52*

Exhibit *RA-10*
Page *1* of *3*

deceased individuals were listed as voters and 2.75 million individuals were registered to vote in more than one state.

Last month, the Heritage Foundation published an Election Integrity Scorecard, which, for the first time, compared the election laws and regulations of each state. Alaska is ranked in the middle at #25 with state of Georgia ranked #1. This would indicate that, while Alaska's voting system has served us adequately, there is room for incremental improvement.

Accordingly, Alaska's Election Integrity Bill is intended to address areas of concern that have arisen in our state. To date, changes being considered are:

- Updating and streamlining the state voter database. Census data in Alaska have revealed that an estimated 42,000 names on the current state voter list may not be legal voters. Cumbersome and lengthy procedures to remove invalid names would be modified.
- Requiring Permanent Fund Dividend applicants to affirmatively opt-in (to register to vote) instead of automatically being added to voter rolls.
- Delineating procedures which allow observers during election recounts.
- Defining procedures for "curing" of ballots incorrectly filed or filled out.
- Allowing the expansion of mail-in voting in small election districts where poll elections are difficult to administer.
- Defining election fraud and fund training of law enforcement to investigate possible crimes. Provide for routine forensic examinations, chain of custody protocols, and ballot tracking systems.
- Enhancing signature verification requirements and acquiring associated equipment.
- Postage-paid envelopes for returning absentee ballots.

These changes are designed to make voting more straightforward and less complicated while recognizing the importance of each individual vote.

Given the high stakes of elections today, the incentive to cheat is always present. The June 2021 formal accusation of former Alaska legislator, Rep. Gabrielle LeDoux, for voting irregularities is the most recent example of that.

The Democratic Party's tiresome practice of describing every proposal to increase election security as "voter suppression" will not serve to ultimately increase voter turnout. Ironically, it may do just the opposite.

In Alaska, very few election crimes are prosecuted as they remain rare. But vulnerabilities in our system that make election fraud easier to commit (and harder to detect) diminish voters' faith in the integrity of our elections – thereby discouraging voter participation.

President Thomas Jefferson noted that "we do not have a government by the majority. We have a government by the majority who participate." To increase participation, Americans must have faith and trust in an election system that guarantees their votes matter.

*After retiring as the senior vice president in charge of business banking for Key Bank in Alaska, Win Gruening became a regular opinion page columnist for the Juneau Empire. He was born and raised in Juneau and graduated from the U.S. Air Force Academy in 1970. He is involved in various local and statewide organizations.*

Win Gruening: The Grinch who stole Christmas
SENIOR CONTRIBUTOR                                              Columns  Top News
     https://vp.me/p7vgg0-jlq

Exhibit *Rh B-1*
Page 30 of 52

Exhibit *RA-10*
Page 3 of 3

**KYLE ARDOIN**
S E C R E T A R Y   O F   S T A T E

P.O. Box 94125 • Baton Rouge, LA 70804-9125 • www.sos.la.gov

**NEWS RELEASE**

JOHN W. TOBLER
Deputy Secretary Communications
225-362-5111
john.tobler@sos.la.gov

January 27, 2022

### LOUISIANA TO SUSPEND PARTICIPATION IN VOTER REGISTRATION COMPACT

**BATON ROUGE, La.** — Secretary of State Kyle Ardoin has announced that Louisiana will suspend its participation in the Electronic Registration Information Center (ERIC), effective immediately. The announcement comes amid concerns raised by citizens, government watchdog organizations and media reports about potential questionable funding sources and that possibly partisan actors may have access to ERIC network data for political purposes, potentially undermining voter confidence.

"When Louisiana joined ERIC under my predecessor, we did so under the impression that it would enhance the accuracy of our voter rolls and strengthen Louisiana's election integrity. After reading about these allegations and speaking with election attorneys and experts, I have determined that it may no longer be in Louisiana's best interests to participate in this organization," Secretary Ardoin said. "It is vital that any legitimate allegation of voter fraud or possible misuse of our voters' personal information is investigated. My job is to ensure that the data voters entrust to my office is protected. I look forward to ERIC's swift response to these allegations."

ERIC was founded in 2012 by seven states, including Colorado, Delaware, Maryland, Nevada, Utah, Virginia, Washington and the Pew Charitable Trusts. It has since grown to include 30 states and the District of Columbia. Louisiana joined the organization in 2014.

For more information, please contact our Elections Division at 800.883.2805 or elections@sos.la.gov.

###

Exhibit *PB-23*
Page _1_ of _1_

Exhibit *PLB-1*
Page _31_ of _52_

DECEMBER 28, 2021 AUTHOR: SUZANNE DOWNING

## Dunleavy and Meyer have an election integrity bill for legislative session

Alaska Lt. Gov. Kevin Meyer and Gov. Mike Dunleavy today announced the Election Integrity Bill, intended to improve the way the Division of Elections maintains voter rolls while providing additional tools to ensure a more secure system.

"After the 2020 nationwide election, we saw that election integrity was a concern for many Americans," said Meyer. "Alaskans deserve to feel confident that the election process is conducted fairly and with integrity. At the end of the day, The Election Integrity bill will help place trust back into the election process."

In the Election Integrity Bill, there are changes to the Permanent Fund Dividend – Automatic Voter Registration process, giving the option to request voter registration. These changes will allow for more secure data to come from the Department of Revenue to the Division of Elections to clean up the voter lists.

The bill includes amendments and provisions that would require the Division of Elections to maintain the master voter file differently and issue a required report every other year to the legislature. There will also be increases in the transparency of the election process, an improved ballot-counting process, and a toll-free election offense hotline.

The bill will provide additional ways to verify that the person voting an absentee ballot is the voter whose name is on it, such as using signature verification equipment. There will be a more thorough definition of crimes around election fraud and election interference.

In addition, the bill sets up future training for police officers on election offenses, so if they are called upon to investigate these new crimes, they have the training to complete the investigation appropriately.

The proposed bill will make Alaska's elections more secure and efficient while increasing confidence and integrity in election processes and results. The Election Integrity Bill will be introduced in the next few weeks.

"This Election Integrity Bill will ensure confidence with Alaskans and help rebuild trust in the election process," Dunleavy said. "We are making the current system more secure through improvements. By consolidating ideas from past bills introduced in the Legislature and incorporating practices from other states, we hope to establish a more trustworthy elections system."

Exhibit *PLB-1*
Page *32* of *52*

Exhibit *70-6*
Page *1* of *2*

Highlights from the proposed bill:

- The changes to the Permanent Fund Dividend – Automatic Voter Registration come after more than 5 years of experience with the process. PFD applicants will have to request voter registration. These changes will allow for more secure data to come from the Department of Revenue to the Division of Elections to clean up our voter lists.
- New statutory changes amend the list maintenance language statute to require the Division of Elections to review certain records, such as deceased voters, voters registered in other states, certain felony convictions, among others. The Division of Elections will be required to consult a subject-matter expert to audit the list of registered voters and issue a report every other year.
- Within the bill, there will be increases in the transparency of the election process for election observers and an improved ballot-counting process to ensure accuracy. The bill includes the creation of a toll-free election offense hotline for voters to use if they see questionable activity at the polls.
- The bill reinforces the belief that absentee ballot signatures should be witnessed and it pays the postage costs for the return envelopes. This legislation requires free online bill tracking to be set up. The bill will provide additional ways to verify that the person voting an absentee ballot is the voter whose name is on it, such as using signature verification equipment. Absentee voting integrity will be improved through the future acquisition of new signature verification equipment.
- The bill gives voters the option to request an absentee ballot for a 4-year window application, instead of a permanent absentee option.
- The bill provides voters the option to fix any minor errors to their ballot by establishing ballot curing. Ballot curing is a popular way for voters to fix any problems with an absentee or mail ballot to ensure their vote is counted.
- Working in conjunction with smaller communities and villages, this bill gives the Division of Elections the ability to mail ballots should it be required to give some Alaskans the chance to vote, even during a pandemic.
- The bill will require new regulations for routine forensic examinations and chain of custody protocols for tabulators to be created and followed. When questions arise, there will be tools set forth to ensure an accurate accounting of election results.
- The bill introduces a more thorough definition of crimes around election fraud and election interference that will provide clarity in the case of unlawful interference with voting.
- The bill also sets up future training for police officers on election offenses, so if they are called upon to investigate these new crimes, they have the training to complete the investigation appropriately.

The bill will be introduced early in the next legislative session.

**WRITTEN BY** SUZANNE DOWNING  Suzanne Downing had careers in business and journalism before serving as the Director of Faith and Community-based Initiatives for Florida Gov. Jeb Bush and returning to Alaska to serve as speechwriter for Gov. Sean Parnell. Born on the Oregon coast, she moved to Alaska in 1969.

SENATE BILL NO. 167

IN THE LEGISLATURE OF THE STATE OF ALASKA

THIRTY-SECOND LEGISLATURE - SECOND SESSION

**BY THE SENATE RULES COMMITTEE BY REQUEST OF THE GOVERNOR**

Introduced: 1/18/22
Referred: State Affairs, Finance

A BILL

FOR AN ACT ENTITLED

1   "An Act relating to elections, voter registration, ballots, and a system of tracking and

2   accounting for ballots; establishing an election offense hotline; relating to election fraud,

3   ~~election interference, and election official misconduct;~~ requiring signature verification,

4   notice, and the opportunity to cure; and providing for an effective date."

5   BE IT ENACTED BY THE LEGISLATURE OF THE STATE OF ALASKA:

6   * **Section 1.** AS 15.07.060(e) is amended to read:

7          (e)  For an applicant requesting initial registration by mail, by facsimile or

8   other electronic transmission approved by the director under AS 15.07.050, or

9   **requesting registration on** [BY COMPLETING] a permanent fund dividend

10  application, the director shall verify the information provided in compliance with

11  (a)(2) and (3) of this section through state agency records described in

12  AS 15.07.055(e). If the applicant cannot comply with the requirement of (a)(2) of this

13  section because the applicant has not been issued any of the listed numbers, the

14  applicant may instead submit a copy of one of the following forms of identification: a

Page _1_ of _19_ TO-5

1   driver's license, state identification card, current and valid photo identification, birth
2   certificate, passport, or hunting or fishing license.
3   **\* Sec. 2.** AS 15.07.070(i) is amended to read:
4           (i)   The division shall register voters who **request to be registered on**
5   [SUBMIT] an application to receive a permanent fund dividend in accordance with (j)
6   - (m) of this section. **The division shall treat a permanent fund dividend applicant**
7   **who requests to be registered and who provides the information required under**
8   **AS 15.07.060(a)(1) - (4) and (7) - (9) as a new or updated registered voter.**
9   **\* Sec. 3.** AS 15.07.070(j) is amended to read:
10          (j)   The division shall cooperate with the Department of Revenue under
11  AS 43.23.101 to ensure that the permanent fund dividend application form furnished
12  by the Department of Revenue under AS 43.23.015 allows an applicant, a person who
13  is designated in a power of attorney to act on behalf of an applicant, or a person acting
14  on behalf of a physically disabled applicant to **request to be registered and** submit
15  voter registration information required under AS 15.07.060(a)(1) - (4) and (7) - (9),
16  and an attestation that such information is true. The director may require proof of
17  identification of the applicant, if not already in the Department of Revenue's
18  possession, as required by regulations adopted by the director under AS 44.62
19  (Administrative Procedure Act).
20  **\* Sec. 4.** AS 15.07.070(k) is amended to read:
21          (k)  Upon receipt of the registration information, the director shall, as soon as
22  practicable and in accordance with a schedule established by the director by rule,
23  notify by United States mail and any other means authorized by the director, each
24  applicant **who requested voter registration** [NOT ALREADY REGISTERED TO
25  VOTE] at the address provided in the applicant's application
26              (1) of the processes to
27                  (A) decline to be registered as a voter;
28              (B)  maintain an existing voter registration or be newly
29  registered at a valid place of residence not provided in the applicant's
30  application; and
31                  (C) adopt a political party affiliation; and

Exhibit _TO-5_
Page _2_ of _19_

1          (2)   that failure to respond to the notification shall constitute the

2    applicant's consent to cancel any registration to vote in another jurisdiction.

3   **\* Sec. 5.** AS 15.07.070(*l*) is amended to read:

4          (*l*)  If an applicant **requested to be registered and** does not decline to be

5    registered as a voter within 30 calendar days after the director issues the notification,

6    the application under AS 43.23.015 will constitute a completed registration form. The

7    name of the applicant shall be placed on the master register if the director determines

8    that the person is qualified to vote under AS 15.05.010, and the director shall forward

9    to the applicant a registration card. If registration is denied, the applicant shall

10   immediately be informed in writing that registration was denied and the reason for

11   denial.

12   **\* Sec. 6.** AS 15.07.130 is amended by adding new subsections to read:

13          (g)  The division shall adopt regulations to review voter registration records

14    and update the master register. The regulations must include reviews for deceased

15    voters, persons convicted of a felony involving moral turpitude, persons not qualified

16    to vote under AS 15.05, persons registered to vote in another state, whether the

17    number of registered voters on the master register exceeds the number of eligible

18    voters in the state, and voter registration information data breaches. When reviewing

19    voter registration records, the division shall review available records and databases,

20    which may include United States Postal Service forwarding databases, the Electronic

21    Registration Information Center, motor vehicle records, Department of Corrections

22    records, property and sales tax records, Social Security Administration databases, jury

23    duty records, National Change of Address records, and similar records.

24          (h)  The division shall, in consultation with an external, nationally recognized

25    subject-matter expert selected by the division, biennially audit the master register. The

26    division shall consider the subject-matter expert's recommendations. By February 1 of

27    each year of a general election, the division shall publish a report describing the most

28    recent biennial audit and expert recommendations, identifying protocols used under

29    (g) of this section, providing election information, including the number of voters on

30    the master register and the total population eligible to vote, and highlighting voting

31    data problems, irregularities, errors, and vulnerabilities identified in the audit. The

Exhibit *TO-5*

Page ___3___ of _19_

1    division shall submit the report to the senate secretary and the chief clerk of the house

2    of representatives and notify the legislature that the report is available on or before the

3    date the report is published.

4    **\* Sec. 7.** AS 15.10 is amended by adding a new section to read:

5        **Sec. 15.10.106. Prohibition on private funding.** Notwithstanding any other

6    provision of state law, the division may not accept or expend any grants or donations

7    for the administration of elections from private individuals, corporations, or

8    organizations.

9    **\* Sec. 8.** AS 15.10.170 is amended to read:

10        **Sec. 15.10.170. Appointment and privileges of watchers.** (a) **In a general**

11    **election, special election, or special primary election, a** [THE] precinct party

12    committee, where an organized precinct committee exists, or the party district

13    committee where no organized precinct committee exists, or the state party

14    chairperson where neither a precinct nor a party district committee exists, may appoint

15    one or more [PERSONS AS] watchers in each precinct and counting center [FOR

16    ANY ELECTION]. **A** [EACH] candidate may appoint one or more watchers for each

17    precinct or counting center in the candidate's respective district or the state [FOR

18    ANY ELECTION]. Any organization or organized group that sponsors or opposes an

19    initiative, referendum, or recall may have one or more [PERSONS AS] watchers at the

20    polls and counting centers after first obtaining authorization from the director. A state

21    party chairperson, a precinct party committee, a party district committee, or a

22    candidate may not have more than one watcher on duty at a time in any precinct or

23    counting center. [A WATCHER MUST BE A UNITED STATES CITIZEN. THE

24    WATCHER MAY BE PRESENT AT A POSITION INSIDE THE PLACE OF

25    VOTING OR COUNTING THAT AFFORDS A FULL VIEW OF ALL ACTION OF

26    THE ELECTION OFFICIALS TAKEN FROM THE TIME THE POLLS ARE

27    OPENED UNTIL THE BALLOTS ARE FINALLY COUNTED AND THE

28    RESULTS CERTIFIED BY THE ELECTION BOARD OR THE DATA

29    PROCESSING REVIEW BOARD. THE ELECTION BOARD OR THE DATA

30    PROCESSING REVIEW BOARD MAY REQUIRE EACH WATCHER TO

31    PRESENT WRITTEN PROOF SHOWING APPOINTMENT BY THE PRECINCT

Exhibit *TO-5*
Page *4* of *19*

1  PARTY COMMITTEE, THE PARTY DISTRICT COMMITTEE, THE
2  ORGANIZATION OR ORGANIZED GROUP, OR THE CANDIDATE THE
3  WATCHER REPRESENTS.]

4  (b) In [ADDITION TO THE WATCHERS APPOINTED UNDER (a) OF
5  THIS SECTION, IN] a primary election [OR SPECIAL PRIMARY ELECTION OR
6  SPECIAL ELECTION UNDER AS 15.40.140], each candidate may appoint one **or**
7  **more watchers for** [WATCHER IN] each precinct and counting center **in the**
8  **candidate's respective district or the state. An organization or organized group**
9  **that sponsors or opposes a ballot proposition or recall may have one or more**
10 **watchers at the polls and counting centers after first obtaining authorization**
11 **from the director**.

12 **\* Sec. 9.** AS 15.10.170 is amended by adding a new subsection to read:

13 (c) A watcher appointed under this section may be present at a position inside
14 the place of voting or counting that affords a full view of all action of the election
15 officials taken from the time the polls are opened until the ballots are finally counted
16 and the results certified by the election board or the data processing review board. The
17 election board or the data processing review board may require each watcher to
18 present written proof showing appointment by the respective precinct party committee,
19 party district committee, organization or organized group, or candidate the watcher
20 represents that is signed by the respective chairperson of the precinct party committee,
21 party district committee, state party chairperson, organization or organized group, or
22 candidate. A watcher must be a United States citizen.

23 **\* Sec. 10.** AS 15.15 is amended by adding a new section to read:

24 **Sec. 15.15.057. Election offense hotline.** The director shall establish a toll-
25 free election offense hotline to receive telephone calls reporting election offenses
26 under this chapter. The director shall publicize the availability of the toll-free hotline
27 and encourage the public to provide information to the division related to voter
28 misconduct or other election offenses under this chapter.

29 **\* Sec. 11.** AS 15.15.240 is amended to read:

30 **Sec. 15.15.240. Voter assistance.** A qualified voter needing assistance in
31 voting may request an election official, a person, or not more than two persons of the

Exhibit 10-5
Page 5 of 19

SB0167A                                -5-                              SB 167
            *New Text Underlined* [DELETED TEXT BRACKETED]        Exhibit PLB-1
Case 1:22-cv-00001-SLG    Document 13-3    Filed 03/02/22    Page 12 of 27  Page 38 of 52

1     voter's choice to assist. If the election official is requested, the election official shall

2     assist the voter. If any other person is requested, the person shall state upon oath

3     before the election official that the person will not divulge the vote cast by the person

4     assisted. **Those providing assistance may not influence the voting decision of the**

5     **person assisted.**

6     **\* Sec. 12.** AS 15.15.350(a) is amended to read:

7         (a) The director **shall** [MAY] adopt regulations prescribing the manner in

8     which the precinct ballot count is accomplished so as to ensure accuracy in the count

9     and to expedite the process. The election board shall account for all ballots by

10     completing a ballot statement containing (1) the number of official ballots received;

11     (2) the number of official ballots voted; (3) the number of official ballots spoiled; (4)

12     the number of official ballots unused and [EITHER DESTROYED OR] returned

13     [FOR DESTRUCTION] to the elections supervisor or the election supervisor's

14     designee. The board shall count the number of questioned ballots and compare that

15     number to the number of questioned voters in the register. Discrepancies shall be

16     noted and the numbers included in the certificate prescribed by AS 15.15.370. The

17     election board, in hand-count precincts, shall count the ballots in a manner that allows

18     watchers to see the ballots when opened and read. A person handling the ballot after it

19     has been taken from the ballot box and before it is placed in the envelope for mailing

20     may not have a marking device in hand or remove a ballot from the immediate vicinity

21     of the polls.

22     **\* Sec. 13.** AS 15.15.430(a) is amended to read:

23         (a) The review of ballot counting by the director shall include only

24             (1) a review of the precinct registers, tallies, and ballots cast;

25             (2) a review of absentee and questioned ballots as prescribed by law;

26     and

27             (3) unless the ballot for the house district contains nothing but

28     uncontested offices, a hand count of ballots from one **or more** randomly selected

29     **precincts** [PRECINCT] in each house district that accounts for at least five percent of

30     the ballots cast in that district.

31     **\* Sec. 14.** AS 15.15.470 is amended to read:

Exhibit _TO-5_
Page _6_ of _19_

1        **Sec. 15.15.470. Preservation <u>and destruction</u> of election ballots, papers,**

2        **and materials.** The director shall preserve all precinct election certificates, tallies,

3        **<u>election data on an electronic storage device,</u>** and registers for **<u>22 months</u>** [FOUR

4        YEARS] after the election. All ballots and stubs for elections [OTHER THAN

5        NATIONAL ELECTIONS] may be destroyed **<u>22 months</u>** [30 DAYS] after the

6        certification of the state ballot counting review unless an application for recount has

7        been filed and not completed, or unless their destruction is stayed by an order of the

8        court. All ballots for national elections may be destroyed in accordance with federal

9        law**<u>, including 52 U.S.C. 20701</u>**. The director may permit the inspection of election

10      materials upon call by the Congress, the state legislature, or a court of competent

11      jurisdiction. **<u>The original used and unused ballots, absentee ballot certificates and</u>**

12      **<u>envelopes, and the paper records of electronically generated ballots under</u>**

13      **<u>AS 15.15.032 must be destroyed at a location designated by the division. The</u>**

14      **<u>division may designate up to two destruction locations, one in the southcentral</u>**

15      **<u>region and one in the southeast region of the state. The director or the director's</u>**

16      **<u>designee shall witness the destruction. The director shall then certify before a</u>**

17      **<u>notary public that the ballots, absentee ballot certificates and envelopes, and</u>**

18      **<u>paper records have been destroyed.</u>**

19     **\* Sec. 15.** AS 15.20.020 is amended to read:

20        **Sec. 15.20.020. Provision for general administrative supervision.** The

21      director shall provide general administrative supervision over the conduct of absentee

22      voting. The director shall make available instructions to absentee voters regarding the

23      procedure for absentee voting **<u>and the free online system for tracking absentee</u>**

24      **<u>ballots</u>**.

25     **\* Sec. 16.** AS 15.20.030 is amended to read:

26        **Sec. 15.20.030. Preparation of ballots, envelopes, and other material.** The

27      director shall provide ballots for use as absentee ballots in all districts. The director

28      shall provide a secrecy sleeve in which the voter shall initially place the marked ballot,

29      and shall provide **<u>a postage-paid return</u>** [AN] envelope with the prescribed voter's

30      certificate on it, in which the secrecy sleeve with ballot enclosed shall be placed. The

31      director shall prescribe the form of and prepare the voter's certificate, envelopes, and

Exhibit _70-5_

Page _7_ of _14_

1    other material used in absentee voting. The voter's certificate shall include a

2    declaration, for use when required, that the voter is a qualified voter in all respects, a

3    blank for the voter's signature, a certification that the affiant properly executed the

4    marking of the ballot and gave the voter's identity, blanks for the attesting official or

5    witness, and a place for recording the date the envelope was sealed and witnessed. The

6    envelope with the voter's certificate must include a notice that false statements made

7    by the voter or by the attesting official or witness on the certificate are punishable by

8    law.

9    **\* Sec. 17.** AS 15.20.081(b) is amended to read:

10    (b) An application requesting delivery of an absentee ballot to the applicant by

11    mail must be received by the division of elections not less than 10 days before the

12    election for which the absentee ballot is sought. An application for an absentee ballot

13    for a state election from a qualified voter requesting delivery of an absentee ballot to

14    the applicant by electronic transmission must be received by the division of elections

15    not later than 5:00 p.m. Alaska time on the day before the election for which the

16    absentee ballot is sought. An absentee ballot application submitted by mail under this

17    section must permit the person to register to vote under AS 15.07.070 and to request

18    an absentee ballot for each state election held within that calendar year for which the

19    voter is eligible to vote. An absentee ballot application submitted by electronic

20    transmission under this section may not include a provision that permits a person to

21    register to vote under AS 15.07.070. **Except as provided in AS 15.20.800, an**

22    **absentee ballot may not be distributed to a voter who does not specifically**

23    **request an absentee ballot under this section.**

24    **\* Sec. 18.** AS 15.20.081 is amended by adding a new subsection to read:

25    (m) An absentee ballot application must include an option for a qualified voter

26    to choose to receive absentee ballots by mail for future statewide elections for a period

27    of four years. After four years, the division shall provide notification that the voter

28    may reapply to receive absentee ballots by mail for another four years. If the voter's

29    previous absentee ballot sent under this section or any other mail sent by the division

30    is returned as undeliverable, the division shall stop sending the voter absentee ballots.

31    A voter may reapply every four years.

Exhibit 70-5
Page 8 of 79

1    **\* Sec. 19.**  AS 15.20.201(a) is amended to read:

2             (a)  No less than **10** [SEVEN] days preceding the day of election, the election

3    supervisor, in the presence and with the assistance of the district absentee ballot

4    counting board, shall **begin to** review all voter certificates of absentee ballots received

5    by that date. The review of absentee ballots shall continue at times designated by the

6    election supervisor until completed. **An absentee ballot may not be counted until**

7    **the accompanying voter certificate has been reviewed.**

8    **\* Sec. 20.**  AS 15.20.203(a) is amended to read:

9             (a)  The district absentee ballot counting board shall examine each absentee

10   ballot envelope and shall determine whether the absentee voter is qualified to vote at

11   the election**, whether the signature on the certificate is consistent with the voter's**

12   **signature in voter registration records,** and whether the absentee ballot has been

13   properly cast.

14   **\* Sec. 21.**  AS 15.20.203(b) is amended to read:

15            (b)  An absentee ballot may not be counted if

16                 (1)  the voter has failed to properly execute the certificate;

17                 (2)  an official or the witnesses authorized by law to attest the voter's

18   certificate fail to execute the certificate, except that an absentee ballot cast in person

19   and accepted by an absentee voting official or election supervisor may be counted

20   despite failure of the absentee voting official or election supervisor to properly sign

21   and date the voter's certificate as attesting official as required under AS 15.20.061(c);

22                 (3)  the ballot is not attested on or before the date of the election;

23                 (4)  the ballot, if postmarked, is not postmarked on or before the date of

24   the election;

25                 (5)  after the day of election, the ballot was delivered by a means other

26   than mail; [OR]

27                 (6)  the voter voted

28                      (A)  in person and is a

29                           (i)  first-time voter who initially registered by mail or by

30   facsimile or other electronic transmission approved by the director

31   under AS 15.07.050, has not provided the identification required by

Exhibit *10-5*
Page __4__ of __19__

1    AS 15.15.225(a), was not eligible for waiver of the identification
2    requirement under AS 15.15.225(b), and has not provided the
3    identifiers required in AS 15.07.060(a)(2) and (3) that can be verified
4    through state agency records described in AS 15.07.055(e); or

5                        (ii)    voter other than one described in (i) of this
6    subparagraph,    did    not    provide    identification    described    in
7    AS 15.15.225(a), was not personally known by the election official,
8    and has not provided the identifiers required in AS 15.07.060(a)(2) and
9    (3); or

10                       (B) by mail or electronic transmission, is a first-time voter who
11   initially registered by mail or by facsimile or other electronic transmission
12   approved by the director under AS 15.07.050 to vote, has not met the
13   identification requirements set out in AS 15.07.060, and does not submit with
14   the ballot a copy of a

15                       [(i)]  driver's license, state identification card, current
16   and valid photo identification, birth certificate, passport, or hunting or
17   fishing license [;OR

18                       (ii)    CURRENT    UTILITY    BILL,    BANK
19   STATEMENT, PAYCHECK, GOVERNMENT CHECK, OR OTHER
20   GOVERNMENT DOCUMENT; AN ITEM DESCRIBED IN THIS
21   SUB-SUBPARAGRAPH    MUST    SHOW    THE    NAME    AND
22   CURRENT ADDRESS OF THE VOTER]; or

23                       (7)  the signature on the certificate is inconsistent with the voter's
24   signature in voter registration records.

25   * **Sec. 22.** AS 15.20.203 is amended by adding new subsections to read:

26                       (k)  The district absentee counting board shall determine whether a voter's
27   signature on the certificate is consistent with the voter's signature in voter registration
28   records under (a) of this section using a signature verification process that includes
29   signature comparison software, according to a procedure provided in regulations
30   adopted by the director.

31   * **Sec. 23.** AS 15.20 is amended by adding a new section to read:

Exhibit _TO-5_
Page _10_ of _19_

1       **Sec. 15.20.221. Ballot tracking system.** (a) The director shall establish a free

2 online system, available through the division's Internet website, through which a voter

3 may

4       (1) confirm that the voter's ballot has been sent by the division;

5       (2) track the date of the ballot's delivery to the voter;

6       (3) confirm the division's receipt of the voter's ballot;

7       (4) determine whether the voter's certificate has been reviewed; and

8       (4) determine whether the voter's ballot has been counted.

9       (b) The online system established under (a) of this section must indicate to a

10 voter

11       (1) the process by which the voter may cure the lack of signature or

12 verify the voter's identity, if the signature on the voter's ballot was missing or was

13 determined to not match the signature in the voter's registration record under

14 AS 15.20.203(k); and

15       (2) the reason the voter's ballot was not counted, if the ballot was not

16 counted.

17       (c) The online system established under (a) of this section must allow an

18 election official access to the names and political affiliations of all persons

19       (1) named on the master register, including those persons whose voter

20 registrations are inactivated under AS 15.07.130(b); and

21       (2) whose names must be placed on the official registration list under

22 AS 15.07.070(c) or (d).

23       (d) In establishing the online system under (a) of this section, the director shall

24 ensure that the design of the system allows a voter to access information easily under

25 (a) and (b) of this section through a mobile electronic device.

26       **Sec. 15.20.222. Procedure for curing uncounted ballot.** (a) If a voter returns

27 a ballot and the voter does not have a signature stored in voter registration records, the

28 certificate is missing a signature, or the signature on the certificate is determined under

29 AS 15.20.203 to not match the signature in voter registration records, the director

30 shall, within 48 hours, but in no event later than two days after election day, send a

31 notification by first class, non-forwardable mail to the address indicated in the voter's

Exhibit *TO-5*

Page *11* of *19*

1    registration record and, if provided, by electronic mail to the voter's electronic mail

2    address or by telephone call or text message to the voter's telephone number.

3        (b)   The notification provided to the voter under (a) of this section must

4    include an explanation of the need for a signature for verification purposes and

5    provide the voter a form and instructions for the voter to, within the period specified in

6    (c)(1) of this section,

7            (1)  confirm that the voter returned a ballot to the division;

8            (2)  provide a copy of a form of identification accepted by the division

9    under AS 15.07.060(e); and

10           (3)  provide a signature for verification.

11        (c)  A voter's ballot that is not counted for a reason set out in (a) of this section

12    may be counted only if

13           (1)  the division receives the form sent to the voter under (b) of this

14    section from the voter within 14 days after election day and the form confirms that the

15    voter returned a ballot to the division;

16           (2)  the voter provides a signature for verification and includes a copy

17    of a form of identification accepted by the division under AS 15.07.060(e); and

18           (3)  the ballot is otherwise valid.

19        (d)  A voter's ballot may not be counted and the director shall, if applicable,

20    send copies of the signature on the voter's return envelope and the signature stored in

21    voter registration records to the attorney general for investigation if

22           (1)  the voter returns the form received under (b) of this section and the

23    form indicates that the voter did not return a ballot to the division; or

24           (2)  the voter does not return the form received under (b) of this section

25    within 14 days after election day.

26        (e)  An election official may not determine that the signature on a voter's return

27    envelope does not match the signature stored in the voter's registration record solely

28    based on substitution of initials or use of a common nickname.

29        (f)  The director shall provide training in signature comparison and the use of

30    signature comparison software to election officials who compare signatures under this

31    section.

Exhibit *TO-5*
Page *12* of *19*

1        (g)  The division shall update the signature stored in voter registration records

2      if the voter, after providing a copy of a form of identification accepted by the division

3      under AS 15.07.060(e), either provides a signature for the voter's missing signature or

4      cures a nonmatching signature under this section.

5    **\* Sec. 24.**  AS 15.20.900 is amended by adding new subsections to read:

6        (c)  The division shall adopt regulations that provide for a routine forensic

7      examination of each precinct tabulator before and after each election.

8        (d)  A precinct tabulator may not be connected to the Internet from 24 hours

9      before the polls open on election day until 14 days after the polls close. During this

10     time, all tabulator data must be loaded from the tabulator onto a separate storage

11     device and transmitted from a computer that is not connected to the tabulator.

12        (e)  The division shall adopt regulations prescribing strict chain-of-custody

13     protocols for precinct tabulators.

14    **\* Sec. 25.**  AS 15.56.035(a) is amended to read:

15        (a)  A person commits the crime of unlawful interference with voting in the

16     second degree if the person

17        (1)  has an official ballot in possession outside of the voting room

18     unless the person is an election official or other person authorized by law or local

19     ordinance, or by the director or chief municipal elections official in a local election;

20        (2)  makes, or knowingly has in possession, a counterfeit of an official

21     election ballot;

22        (3)  knowingly solicits or encourages, directly or indirectly, a registered

23     voter who is no longer qualified to vote under AS 15.05.010, to vote in an election;

24        (4)  as a registration official

25           (A)  knowingly refuses to register a person who is entitled to

26     register under AS 15.07.030; or

27           (B)  accepts a fee from an applicant applying for registration;

28        (5)  violates AS 15.20.081(a) by knowingly supplying or encouraging

29     or assisting another person to supply to a voter an absentee ballot application form

30     with a political party or group affiliation indicated if the voter is not already registered

31     as affiliated with that political party or group;

Exhibit _TO-5_
Page _13_ of _19_

SB0167A              -13-                     SB 167
New Text Underlined [DELETED TEXT BRACKETED]    Exhibit _PLB-1_
Page _46_ of _52_

Case 1:22-cv-00001-SLG   Document 13-3   Filed 03/02/22   Page 20 of 27

1     (6)  knowingly designs, marks, or encourages or assists another person

2     to design or mark an absentee ballot application in a manner that suggests choice of

3     one ballot over another as prohibited by AS 15.20.081(a); [OR]

4          (7)   knowingly submits or encourages or assists another person to

5     submit an absentee ballot application to an intermediary who could control or delay

6     the submission of the application to the division of elections or who could gather data

7     from the application form as prohibited by AS 15.20.081(a); or

8          (8)  knowingly possesses a ballot provided to another voter under

9     this title unless the person is

10          (A)  a family member of the voter;

11          (B)  a caregiver of the voter; or

12          (C)  engaged in official duties as an election official or a

13     worker for the United States Postal Service or a private commercial

14     delivery service.

15   * Sec. 26.  AS 15.56.060(a) is amended to read:

16          (a)  A person commits the crime of unlawful interference with an election if

17     the person

18          (1)   induces or attempts to induce an election official to fail in the

19     official's duty by force, threat, intimidation, or offers of reward;

20          (2)  intentionally changes, attempts to change, or causes to be changed

21     an official election document including ballots, tallies, and returns;

22          (3)  intentionally delays, attempts to delay, or causes to be delayed the

23     sending of the certificate, register, ballots, or other materials whether original or

24     duplicate, required to be sent by AS 15.15.370; [OR]

25          (4)   intentionally tampers with, or opens without the express

26     authorization from the director, a sealed absentee ballot certificate, absentee

27     ballot envelope, or package of ballots;

28          (5)  intentionally breaches, hacks, alters, or tampers with election

29     machinery, including a tabulator machine, program, system, server, or software

30     used to verify identity, count, tabulate, manage, or control any election function;

31     or

Exhibit 10-5
Page 14 of 19

1                     __(6)__ is contracted or employed by the state to print or reproduce in any

2     manner an official ballot, and the person knowingly

3                             (A)   personally appropriates, or gives or delivers to, or permits

4               to be taken by anyone other than a person authorized by the director, official

5               ballots; or

6                             (B)   prints or reproduces or has printed or reproduced official

7               ballots in a form or with a content other than that prescribed by law or as

8               directed by the director.

9   **\* Sec. 27.**  AS 15.56 is amended by adding a new section to read:

10            **Sec. 15.56.065. Election fraud.** (a) A person commits the crime of election

11     fraud if the person violates AS 15.56.060 and causes the outcome of an election to

12     change.

13            (b) Election fraud is a class B felony.

14   **\* Sec. 28.**  AS 15.56.070(a) is amended to read:

15            (a)  A person commits the crime of election official misconduct in the first

16     degree if while an election official, the person

17                   (1) intentionally fails to perform an election duty or knowingly does an

18     unauthorized act with the intent to affect an election or its results;

19                   (2) knowingly permits or makes or attempts to make a false count of

20     election returns; [OR]

21                   (3) intentionally conceals, withholds, destroys, or attempts to conceal,

22     withhold, or destroy election returns__; or__

23                   __(4) knowingly shares with, discloses, or reports to a person who is__

24     __not an election official election returns, results, or similar confidential election__

25     __data before the polls close on election day__.

26   **\* Sec. 29.**  AS 15.58.020(a) is amended to read:

27            (a) Each general election pamphlet must contain

28                   (1)  photographs and campaign statements submitted by eligible

29     candidates for elective office in the region;

30                   (2)  information and recommendations filed under AS 15.58.050 on

31     judicial officers subject to a retention election in the region;

Exhibit 10-5
Page 15 of 19

SB0167A              -15-

_New Text Underlined_ [DELETED TEXT BRACKETED]

SB 167
Exhibit PL B-1
Page 48 of 52

Case 1:22-cv-00001-SLG     Document 13-3     Filed 03/02/22     Page 22 of 27

1         (3) a map of the house district or districts of the region;

2         (4) sample ballots for house districts of the region;

3         (5) an absentee ballot application;

4         (6) for each ballot proposition submitted to the voters by initiative or

5 referendum petition or by the legislature,

6         (A) the full text of the proposition specifying constitutional or

7 statutory provisions proposed to be affected;

8         (B) the ballot title and the summary of the proposition prepared

9 by the director or by the lieutenant governor;

10         (C) a statement of the costs to the state of implementing the law

11 proposed in an initiative, or of voter approval or rejection of the act that is the

12 subject of a referendum;

13         (D) a neutral summary of the proposition prepared by the

14 Legislative Affairs Agency;

15         (E) statements submitted that advocate voter approval or

16 rejection of the proposition not to exceed 500 words;

17         (7) for each bond question, a statement of the scope of each project as

18 it appears in the bond authorization;

19         (8) a maximum of two pages of material submitted under

20 AS 15.58.040 by each political party;

21         (9) additional information on voting procedures that the lieutenant

22 governor considers necessary;

23         (10) for the question whether a constitutional convention shall be

24 called,

25         (A) a full statement of the question placed on the ballot;

26         (B) statements not to exceed 500 words that advocate voter

27 approval or rejection of the question;

28         (11) under AS 37.13.170, the Alaska permanent fund annual income

29 statement and balance sheet for the two fiscal years preceding the publication of the

30 election pamphlet;

31         (12) under AS 15.10.090, notice of

Exhibit *TO-5*
Page *16* of *19*

SB 167      -16-      SB0167A
New Text Underlined   [DELETED TEXT BRACKETED]    Exhibit *PLB-1*
Page *49* of *52*

Case 1:22-cv-00001-SLG    Document 13-3    Filed 03/02/22    Page 23 of 27

1                        (A) the establishment or abolition of a precinct;

2                        (B) the designation, abolition, or modification of precinct

3    boundaries; and

4                        (C) a change in the location of a polling place;

5                (13) **the division's election offense hotline phone number; and**

6                **(14)** the following statement written in bold in a conspicuous location:

7    Each candidate may designate the political party or political group that the

8    candidate is registered as affiliated with. A candidate's political party or

9    political group designation on a ballot does not imply that the candidate is

10    nominated or endorsed by the party or political group or that the party or group

11    approves of or associates with that candidate.

12    In each race, you may vote for any candidate listed. If a primary election was

13    held for a state office, United States senator, or United States representative,

14    the four candidates who received the most votes for the office in the primary

15    election advanced to the general election. However, if one of the four

16    candidates who received the most votes for an office at the primary election

17    died, withdrew, resigned, was disqualified, or was certified as incapacitated 64

18    days or more before the general election, the candidate who received the fifth

19    most votes for the office advanced to the general election.

20    At the general election, each candidate will be selected through a ranked-

21    choice voting process and the candidate with the greatest number of votes will

22    be elected. For a general election, you must rank the candidates in the

23    numerical order of your preference, ranking as many candidates as you wish.

24    Your second, third, and subsequent ranked choices will be counted only if the

25    candidate you ranked first does not receive enough votes to continue on to the

26    next round of counting, so ranking a second, third, or subsequent choice will

27    not hurt your first-choice candidate. Your ballot will be counted regardless of

28    whether you choose to rank one, two, or more candidates for each office, but it

29    will not be counted if you assign the same ranking to more than one candidate

30    for the same office.

31    **\* Sec. 30.** AS 18.65.240(a) is amended to read:

Exhibit _TD-5_

Page _17_ of _19_

Exhibit SB 167 _PLB-1_

Page _50_ of _52_

1       (a)   A person may not be appointed as a police officer, except on a
2       probationary basis, unless the person (1) has satisfactorily completed a basic program
3       of police training approved by the council, which includes at least 12 hours of
4       instruction regarding domestic violence**, as that term is defined in AS 18.66.990,**
5       [AND] at least 12 hours of instruction regarding sexual assault, as **that term is**
6       [THOSE TERMS ARE] defined in AS 18.66.990, **and at least four hours of**
7       **instruction in detecting and investigating election offenses;** and (2) possesses other
8       qualifications the council has established for the employment of police officers,
9       including minimum age, education, physical and mental standards, citizenship, moral
10     character, and experience. The council shall prescribe the means of presenting
11     evidence of fulfillment of these requirements.

12     **\* Sec. 31.** AS 43.23.015(b) is amended to read:

13       (b)   The department shall prescribe and furnish an application form for
14     claiming a permanent fund dividend. The application must include

15           (1) notice of the penalties provided for under AS 43.23.270;

16           (2) a statement of eligibility and a certification of residency;

17           (3) the means for an applicant eligible to vote under AS 15.05, or a
18     person authorized to act on behalf of the applicant, to **request the applicant be**
19     **registered to vote and** furnish information required by AS 15.07.060(a)(1) - (4) and
20     (7) - (9), and an attestation that such information is true.

21     **\* Sec. 32.** AS 43.23.101 is amended to read:

22       **Sec. 43.23.101. Voter registration.** The commissioner shall establish by rule a
23     schedule by which the commissioner will provide, and shall provide as soon as is
24     practicable the director of elections with

25           (1) electronic records from the permanent fund dividend applications
26     of the information required by AS 15.07.060(a)(1) - (4) and (7) - (9), and the
27     attestation that such information is true, for each permanent fund dividend applicant
28     who **requested to be registered to vote and is**

29              (A) [IS] a citizen of the United States; and

30              (B) [IS] at least 18 years of age or will be within 90 days of the
31     date of the application; and

Exhibit *TO-5*
Page *18* of *19*

SB 167            -18-             SB0167A
*New Text Underlined* [DELETED TEXT BRACKETED]    Exhibit *PLB-1*
Page *51* of *52*

1           (2) the mailing addresses for all permanent fund dividend applicants.

2      **Sec. 33.**   AS 15.15.225(a)(2);  AS 15.20.081(f)(2),  15.20.203(j),  15.20.207(k),  and

3    15.20.211(f) are repealed.

4      **Sec. 34.** The uncodified law of the State of Alaska is amended by adding a new section to

5    read:

6           APPLICABILITY.  AS 15.56.035(a),  as  amended  by  sec.  25  of  this  Act,

7    AS 15.56.060(a), as amended by sec. 26 of this Act, AS 15.56.065, enacted by sec. 27 of this

8    Act, and AS 15.56.070(a), as amended by sec. 28 of this Act, apply to offenses committed on

9    or after the effective date of secs. 25 - 28 of this Act.

10     **Sec. 35.** The uncodified law of the State of Alaska is amended by adding a new section to

11   read:

12          TRANSITION: REGULATIONS. The director of elections may adopt regulations to

13   implement the changes made by this Act. The regulations take effect under AS 44.62

14   (Administrative Procedure Act), but not before the effective date of the law implemented by

15   the regulations.

16     **Sec. 36.** Sections 20 - 24 of this Act take effect July 1, 2022.

17     **Sec. 37.** Section 35 of this Act takes effect immediately under AS 01.10.070(c).

18     **Sec. 38.** Except as provided in secs. 36 and 37 of this Act, this Act takes effect April 1,

19   2022.

Exhibit 70-5
Page 19 of 19

SB0167A                -19-                    SB 167
*New Text Underlined* [DELETED TEXT BRACKETED]     Exhibit PLB-1
Page 52 of 52
Case 1:22-cv-00001-SLG    Document 13-3    Filed 03/02/22    Page 26 of 27

CERTIFICATE OF SERVICE

I hereby certify that on March 2, 2022, a true and correct copy of
the foregoing motion to intervene and its attachments have been
served via hand delivered / Certified Mail and email to:


Hon. Kevin Meyer
Lieutenant Governor for the State of Alaska
550 West 7th Avenue, Suite 1700
Anchorage, AK 99501
Email:
lt.governor@alaska.gov


Noel H. Johnson
Maureen Riordan
Kaylan L. Phillips
Public Interest Legal Foundation
32 E. Washington Street, Ste. 1675
Indianapolis, IN 46204
Email:
njohnson@PublicinterestLegal.org
mriordan@PublicinterestLegal.org
kphillips@PublicinterestLegal.org




By: /s/ Pamela L. Bickford, Pro Se

1