Loy A. Thurman
P.O. Box 520011
Big Lake, Alaska 99652
(907) 775-8899
Loythurman@outlook.com
Thomas W. Oels
2841 W. Discovery Loop
Wasilla, Alaska 99654
(907) 232-6782
Blake@mtaonline.net
David H. Johnson
6360 East Homebuilt Circle
Wasilla, Alaska 99654
(907) 232-6847
Dhjohnson113@mtaonline.net
William C. de Schweinitz
1530 Gambell Street
Anchorage, Alaska 99501
(907) 884-7001
William.Z@ak.net
Pamela L. Bickford
16840 Tide View Drive
Anchorage, Alaska 99516
(907) 223-8829
Speedster21@protonmail.comLoy A. Thurman

   *Intervenors.*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

PUBLIC INTEREST LEGAL FOUNDATION, INC.,

    *Plaintiff,*

   v.                           Civil Case No.
                                      1:22-cv-00001-SLG

KEVIN MEYER, in his official capacity
as Lieutenant Governor for the
State of Alaska,

    *Defendant.*

**Affidavit of David H Johnson**

1. I David H. Johnson do solemnly swear or affirm that the facts listed below are true to the best of my knowledge.

2. I was born in the United States of America.

3. I am a resident of the state of Alaska.

4. My address is 6360 East Homebuilt Circle Wasilla Alaska 99654

5. I voted in the State of Alaska General Election in November of 2020.

6. I have over 25 years' experience analyzing date to understand causes and results this was used mainly identing malfunctions. The last 12 years was spent as a system engineer for a jet engine manufacture. Which required interphase with other operating system from different manufactures. I'm very familiar with data trending and worked on advanced data trending analysis.

7. I am very concerned about the November 2020 Election not adhering to Alaska State Statues nor its constitution. Furthermore, the inability to compile accurate records and maintain them is extremely troubling.

8. On July 21, 2021 Tom Oels and myself visited the office of the Division of Election located here in the Matsu Valley. At which time I attempted to purchase 6 different Voter Registration List from different time periods. I paid them $120 and provide a list of the months that I wanted. The dates were 14 May, 16 Sep, 5 Oct, 19 Oct 4 Nov, and 30 Nov 2020. The next day I was called by the Anchorage office of the Division of Election to inform me to contact Brain Jackson.

9. He informed me that there is no archived list of the Voter Registration, and it is only a live data base that is printed upon requested, so to go back in time was not possible. This raised my curiosity because after the 2020 election the Lt Governor did a press release on 3 Dec 2020 informing the people of Alaska that the Voter Registration Data had been breached see Attachment DHJ 1 P 1-2.

10. The fact that the Division of Election was telling me they don't maintain a back update data base and only have a live data base is saying they can't tell you if anything was taken, changed, or added. The data base has personnel information see attachment DHJ 2 P 1-3.

11. The Alaska State Division of Election failed to provide the requested NOVEMBER 3, 2020 Voter Registration Data that I asked for. Brain Jackson from the Division of Election informed me that the data base is a live data base and is not stored see attachment DHJ 3 P 1-5. Below is the Alaska Statues that requires a Voter Registration List be produced and maintained the ones I reference to in my correspondence with the Division of Elections.

12. **In reference to AS Sec. 15.07.125. Official registration list.** The director shall prepare an official registration list for each election consisting of the names of (1) all voters whose registrations are not inactive; and (2) all voters whose names are required to be placed on the list by AS 15.07.070(c) or (d). A list of persons eligible to vote in each precinct at that election shall be prepared from the official registration list.

13. **Sec. 15.07.127. Preparation of master register.** The director shall prepare both a statewide list and a list by precinct of the names and addresses of all persons whose names appear on the master register and their political party affiliation. Subject to the limitations of AS 15.07.195, any person may obtain a copy of the list, or a part of the list, or an electronic format containing both residence and mailing addresses of voters, by

applying to the director and paying to the state treasury a fee as determined by the director.

14. **Sec. 15.15.470. Preservation of election ballots, papers, and materials.** The director shall preserve all precinct election certificates, tallies, and registers for four years after the election. All ballots and stubs for elections other than national elections may be destroyed 30 days after the certification of the state ballot counting review unless an application for recount has been filed and not completed, or unless their destruction is stayed by an order of the court. All ballots for national elections may be destroyed in accordance with federal law. The director may permit the inspection of election materials upon call by the Congress, the state legislature, or a court of competent jurisdiction.

15. The subject of oversea absentee voting was addressed. This is not military or DOD members and their family but people that leave Alaska as their last state side domicile and have no intention to return to Alaska. The Division of Election was very evasive about answering my questions again see attachment DHJ 3 P-5. Below is the Alaska Statue that address this. Also include is the reference that Brain makes about not requiring an address sec. 15.20.081a.

16. **Sec. 15.05.011. Qualifications of overseas voters.**
(a) A person residing outside the United States may register and vote absentee by qualifying under this section.

(b) Before registering a person under this section, the director shall determine that the person
(1) was domiciled in the state immediately before leaving the United States;

(2) meets the qualifications established in AS 15.05.010(1) and (2);

(3) has not established a domicile in another state, territory, or possession of the United States since leaving this state;

Page 4 of 6

Case 1:22-cv-00001-SLG    Document 13-4    Filed 03/02/22    Page 4 of 6

(4) is not registered to vote and has not voted in another state, territory, or possession of the United States since leaving this state;

(5) has a valid passport, card of identity and registration, or other identification issued under the authority of the United States Secretary of State, and identification complying with the requirements of this title.

(c) Lack of a place of abode in the state or lack of intent to return to the state does not disqualify a person who qualifies under (b) of this section.

(d) A person registered under this section may vote in a federal election in this state.

(e) Notwithstanding (b)(1) of this section, a person residing outside the United States may register and vote absentee if (1) the parent or legal guardian of the person was domiciled in the state immediately before leaving the United States; and

(2) the director determines that the person meets the requirements of (b)(2) —(5) of this section.


17. **Sec. 15.20.081. Absentee voting in general; applying for absentee ballot by mail or electronic transmission.** (a) A qualified voter may apply in person, by mail, or by facsimile, scanning, or other electronic transmission to the director for an absentee ballot under this section. Another individual may apply for an absentee ballot on behalf of a qualified voter if that individual is designated to act on behalf of the voter in a written general power of attorney or a written special power of attorney that authorizes the other individual to apply for an absentee ballot on behalf of the voter. The application must include the address or, if the application requests delivery of an absentee ballot by electronic transmission, the telephone electronic transmission number, to which the absentee ballot is to be returned, the applicant's full Alaska residence address, and the applicant's signature. However, a person residing outside the United States and applying to vote absentee in federal elections in accordance with AS 15.05.011 need not include an Alaska residence address in the application. A person may supply to a voter an absentee ballot application form with a political party or group affiliation indicated only if the voter is already registered as affiliated with the political party or

Case 1:22-cv-00001-SLG    Document 13-4    Filed 03/02/22    Page 5 of 6

group indicated. The application must be made on a form prescribed or approved by the director. The voter or registration official shall submit the application directly to the division of elections. For purposes of this subsection, "directly to the division of elections" means that an application may not be submitted to any intermediary that could control or delay the submission of the application to the division or gather data on the applicant from the application form. However, nothing in this subsection is intended to prohibit a voter from giving a completed absentee ballot application to a friend, relative, or associate for transfer to the United States Postal Service or a private commercial delivery service for delivery to the division.

18. I'm sure the Alaska Statues require the Director of the Division of Election to verify who is requesting an absentee ballot as spelled out in sec. 15.05.011. The answer I was provided of just signing the application is not acceptable means to ensure integrity.

03-01-2022
Date

Signature of Person Making this Affidavit

David Howard Johnson
Printed Name

Subscribed and sworn to or affirmed before me at Wasilla, Alaska on 03-01-2022.

(SEAL)

Kaile R Caudillo
Clerk of Court, Notary Public, or other person authorized to administer oaths.

My commission expires 12/5/2023

Page **6** of **6**

Case 1:22-cv-00001-SLG    Document 13-4    Filed 03/02/22    Page 6 of 6