**From:** Dave Johnson <dhjohnson113@gmail.com>
**Sent:** Thursday, September 2, 2021 10:50 AM
**To:** Jackson, Brian M (GOV) <brian.jackson@alaska.gov>
**Subject:** Information request


Good morning Brian, it's me Dave Johnson. I was looking over the state wide voter list and noted there is no HD 99. Do you have the voter registration information for this district? I would have thought it would be included in a state wide list. What I would like to get a copy of registration information for House District 99 the overseas voters.


Thank you

David Johnson

---

**From:** **Jackson, Brian M (GOV)** <brian.jackson@alaska.gov>
**Date:** Thu, Sep 2, 2021, 1:37 PM
**Subject:** RE: Information request
**To:** Dave Johnson <dhjohnson113@gmail.com>


Good afternoon, here is the list you have requested.


--------------------------------------------------------------


**To:** Jackson, Brian M (GOV) <brian.jackson@alaska.gov>
**Subject:** Re: Information request


Thanks Brian. How can you tell where in Alaska they lived and when they left?

---

Exhibit *DHJ-3*
Page _1_ of _5_

On Tue, Sep 7, 2021, 11:00 AM Jackson, Brian M (GOV)
<brian.jackson@alaska.gov> wrote:

Good morning, we don't track where they resided at prior to
leaving Alaska. In some cases, they may have been registered in
the database but, in many cases, they are new registrants and
they do not have to provide an Alaska residence address on the
application as per AS 15.20.081(a).


Each voter is required to complete an absentee ballot
application in which the voter indicates their eligibility
status. For your information, we have attached the application
that is completed by this category of voter.


Thanks,


Brian
_____


**From:** Dave Johnson <dhjohnson113@gmail.com>
**Sent:** Friday, September 10, 2021 9:53 AM
**To:** Jackson, Brian M (GOV) <brian.jackson@alaska.gov>
**Subject:** Re: Information request


Thank you for responding.   Is there a source document that
allows you to check to ensure if these were previous Alaska
residents?  What district and precinct did they live in prior to
leaving the state? I would like the physical addresses if they
did not elect to mark them private.  How does the DoE ensure
they are still eligible to apply for overseas voting?

I would also like to get the state wide voter registration list
that was used for the November 3rd 2020 elections. The one I'm
referring to is out lined in A.S. 15.07.125 and .127 and
15.15.470. Please advise when I can purchase this.  Thank you.
_____

On Mon, Sep 20, 2021, 8:19 AM Jackson, Brian M (GOV)
<brian.jackson@alaska.gov> wrote:

Good morning, I apologize for the delay as I was out of the
office for a few days. As with most voters, the division
determines that overseas voters were previously domiciled in
Alaska based on their sworn statements, in accordance with AS
15.05.011(b).

As for the voter list, a list is created and sent directly to
the data center where the precinct registers are printed from
the master list. The registers are then sent to the regional
offices for deployment to the precincts for election day. A copy
of this list is not retained and is not available. These
registers also, would not include these overseas voters since
they are not assigned to a true precinct, there wouldn't be a
register for them.

Thank you,

Brian

_____

**From:** Dave Johnson <dhjohnson113@gmail.com>
**Sent:** Thursday, September 23, 2021 12:02 PM
**To:** Jackson, Brian M (GOV) <brian.jackson@alaska.gov>
**Subject:** Re: Information request

Thank you  Brian.

I would like the date these individual submitted their
application for the overseas voting. I would also like the
address or at least the House District their domicile was prior
to leaving.

It is very clear that the Director has to determine if the individuals meet the requirements of (b)(2)-(5) of AS 15.05.011.

I would also like to know how the Director checks this information to ensure these are US citizen.

How does the Director determine if they are not registered in an other state, territory, or possession of the United States.

So there is no master registration list kept for the election? How about the precinct list do you have all of them?

Thanks again Brian. I hope to hear from you soon.

---

From: **Jackson, Brian M (GOV)** <brian.jackson@alaska.gov>
Date: Fri, Sep 24, 2021, 8:13 AM
Subject: RE: Information request
To: Dave Johnson <dhjohnson113@gmail.com>

Good morning, when voters apply to vote absentee, either in state and federal elections or just in federal elections, the Division determines their address, domicile, and citizenship status based on the voters' statements, made under penalty of perjury. *See* AS 15.05.020(8); AS 15.56.040. In order to register, voters must also swear that they are not registered in another state or will provide information to cancel their registration in the other state. Alaska is also a member of the Electronic Registration Information Center (ERIC), which helps it identify voters registered in other states.

Exhibit DHJ-3
Page 4 of 5

As I explained, the Division does not track the addresses where federal-only absentee voters were domiciled before going overseas, because this information is not required by AS 15.20.081(a). Also, the Division keeps a master registration list in the form of the individual precinct registers. But these registers do not include overseas voters, who you seem to be interested in. If you would like copies of certain absentee applications or precinct registers, please submit a public records request.


Thank you,


Brian

CERTIFICATE OF SERVICE

I hereby certify that on March 2, 2022, a true and correct copy of
the foregoing motion to intervene and its attachments have been
served via hand delivered / Certified Mail and email to:


Hon. Kevin Meyer
Lieutenant Governor for the State of Alaska
550 West 7th Avenue, Suite 1700
Anchorage, AK 99501
Email:
lt.governor@alaska.gov


Noel H. Johnson
Maureen Riordan
Kaylan L. Phillips
Public Interest Legal Foundation
32 E. Washington Street, Ste. 1675
Indianapolis, IN 46204
Email:
njohnson@PublicinterestLegal.org
mriordan@PublicinterestLegal.org
kphillips@PublicinterestLegal.org




By: /s/ Pamela L. Bickford, Pro Se




1