Noel H. Johnson*
Maureen Riordan*
Kaylan L. Phillips*
PUBLIC INTEREST LEGAL FOUNDATION
32 E. Washington St., Ste. 1675
Indianapolis, IN 46204
Tel: (317) 203-5599; Fax: (888) 815-5641
njohnson@PublicInterestLegal.org
mriordan@PublicInterestLegal.org
kphillips@PublicInterestLegal.org
* Admitted Pro Hac Vice
Attorneys for Plaintiff Public Interest Legal Foundation

Thomas S. Flynn (Alaska Bar No. 1910085)
Assistant Attorney General
Department of Law
1031 West Fourth Avenue, Ste. 200
Anchorage, AK 99501
Tel: (907) 269-6612; Fax: (907) 258-4978
Email: thomas.flynn@alaska.gov
Attorney for the State of Alaska

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| **PUBLIC INTEREST LEGAL FOUNDATION, INC.,**<br><br>*Plaintiff*,<br><br>v.<br><br>**KEVIN MEYER,** in his official capacity as Lieutenant Governor for the State of Alaska,<br><br>*Defendant*. | Case No. 1:22-cv-00001-SLG |

## THIRD JOINT MOTION TO EXTEND DEADLINES FOR RULE 26(f) CONFERENCE AND SCHEDULING REPORT

The parties respectfully request a third extension of time to file the Scheduling and Planning Conference Report. The parties' Report is presently due on February 10.

(Doc. 49.) The parties met to discuss discovery on February 2 and agreed that the scope of discovery may depend on the Court's ruling on the defendant's Motion to Dismiss. To conserve resources, the parties request that the deadline to file the Scheduling and Planning Conference Report be extended until the earlier of two weeks following a decision on the Motion to Dismiss or June 9, 2023.

Respectfully submitted,

Thomas S. Flynn (Alaska Bar No. 1910085)
Assistant Attorney General
Department of Law
1031 West Fourth Avenue, Ste. 200
Anchorage, AK 99501

By: */s/ Thomas S. Flynn*

Noel H. Johnson*
Maureen Riordan*
Kaylan L. Phillips*
PUBLIC INTEREST LEGAL FOUNDATION
32 E. Washington St., Ste. 1675
Indianapolis, IN 46204
Tel: (317) 203-5599
Fax: (888) 815-5641
njohnson@PublicInterestLegal.org
mriordan@PublicInterestLegal.org
kphillips@PublicInterestLegal.org
*\* Admitted Pro Hac Vice*
*Attorneys for Plaintiff Public Interest Legal Foundation*

By: */s/ Kaylan L. Phillips*

*Public Interest Legal Foundation v. Kevin Meyer*     Case No.: 1:22-cv-00001-SLG
Third Joint Motion to Extend Deadlines     Page 2 of 3

Case 1:22-cv-00001-SLG     Document 50     Filed 02/09/23     Page 2 of 3

**CERTIFICATE OF SERVICE**

I certify that on February 9, 2023, the foregoing **Third Joint Motion to Extend Deadlines For Rule 26(f) Conference And Scheduling Report** and this **Certificate of Service** were served electronically on:

Maureen Riordan
Public Interest Legal Foundation
32 East Washington Street, Suite 1675
Indianapolis, IN 46204-3594
mriordan@PublicInterestLegal.org

Kaylan Phillips
Public Interest Legal Foundation
32 East Washington Street, Suite 1675
Indianapolis, IN 46204-3594
kphillips@PublicInterestLegal.org

Noel Johnson
Public Interest Legal Foundation
32 East Washington Street, Suite 1675
Indianapolis, IN 46204-3594
njohnson@PublicInterestLegal.org

/s/ *Thomas S. Flynn*
Thomas S. Flynn
Assistant Attorney General

*Public Interest Legal Foundation v. Kevin Meyer*          Case No.: 1:22-cv-00001-SLG
Third Joint Motion to Extend Deadlines          Page 3 of 3

Case 1:22-cv-00001-SLG     Document 50     Filed 02/09/23     Page 3 of 3