Noel H. Johnson*
Maureen Riordan*
Kaylan L. Phillips*
PUBLIC INTEREST LEGAL FOUNDATION
32 E. Washington St., Ste. 1675
Indianapolis, IN 46204
Tel: (317) 203-5599
Fax: (888) 815-5641
njohnson@PublicInterestLegal.org
mriordan@PublicInterestLegal.org
kphillips@PublicInterestLegal.org
*  *Admitted Pro Hac Vice*
Attorneys for Plaintiff Public Interest Legal Foundation

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| **PUBLIC INTEREST LEGAL FOUNDATION, INC.,** *Plaintiff*, v. **NANCY DAHLSTROM,** in her official capacity as Lieutenant Governor for the State of Alaska, *Defendant*. | Case No. 1:22-cv-00001-SLG |

**JOINT MOTION TO SET IN-PERSON SETTLEMENT CONFERENCE AND
TO EXTEND DEADLINE FOR
<u>SCHEDULING AND PLANNING CONFERENCE REPORT</u>**

Pursuant to Local Rule 16.2(c)(1), the parties to this action respectfully move the Court to set a settlement conference before a settlement judge. The parties further move the Court to extend the deadline for the parties to file the Rule 26(f) Scheduling and Planning Conference Report. In support of this Motion, the parties state the following:

1. On May 17, 2023, the Court denied Defendant's motion to dismiss. (ECF No. 53.)

2. Pursuant to this Court's order, the parties' Scheduling and Planning Conference Report is due the earlier of two weeks following the Court's decision on the motion to dismiss or June 9, 2023. (ECF No. 51.)

3. The parties have conferred and have agreed to pursue settlement negotiations.

4. Therefore, pursuant to Local Rule 16.2(c)(1), the parties jointly request that the Court set an in-person settlement conference before a settlement judge.

5. To preserve party and Court resources, the parties further move the Court to extend the deadline for the parties to file the Rule 26(f) Scheduling and Planning Conference Report to two weeks following the conclusion of the settlement conference, if no settlement is reached.

6. Presently, the parties are available to conduct the in-person settlement conference on the following dates: July 11-14, 17-20, and 26-28, and after August 23.

7. WHEREFORE, the parties request that this motion be granted.

Noel H. Johnson*
Maureen Riordan*
Kaylan L. Phillips*
PUBLIC INTEREST LEGAL FOUNDATION
32 E. Washington St., Ste. 1675
Indianapolis, IN 46204
Tel: (317) 203-5599
Fax: (888) 815-5641
njohnson@PublicInterestLegal.org
mriordan@PublicInterestLegal.org
kphillips@PublicInterestLegal.org
* *Admitted Pro Hac Vice*
*Attorneys for Plaintiff Public Interest Legal Foundation*

By: /s/ Kaylan L. Phillips
Kaylan L. Phillips, *Pro Hac Vice*

TREG R. RAYLOR
ATTORNEY GENERAL

By: */s/ Thomas S. Flynn* (with permission)
Thomas S. Flynn (Alaska Bar No. 1910085)
Assistant Attorney General
Department of Law
1031 West Fourth Avenue, Ste. 200
Anchorage, AK 99501
Telephone: (907) 269-6612
Facsimile: (907) 258-4978
Email: thomas.flynn@alaska.gov
*Attorney for the State of Alaska*

## CERTIFICATE OF SERVICE

I hereby certify that on May 31, 2023, I electronically filed the foregoing using the Court's ECF system, which will serve notice on all registered parties.

    /s/ Kaylan L. Phillips
Kaylan L. Phillips
kphillips@publicinterestlegal.org
Counsel for Plaintiff