# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| **PUBLIC INTEREST LEGAL FOUNDATION, INC.,**<br><br>*Plaintiff*,<br><br>v.<br><br>**NANCY DAHLSTROM,** in her official capacity as Lieutenant Governor for the State of Alaska,<br><br>*Defendant*. | Case No. 1:22-cv-00001-SLG |

### [Proposed] Order

The parties' joint motion to set a settlement conference pursuant to Local Rule 16.2(c)(1) and to extend the deadline for the parties to file the Rule 26(f) Scheduling and Planning Conference Report is **GRANTED**.

SIGNED on _____, 2023.

_____
Sharon L. Gleason
United States District Judge

1