TREG R. TAYLOR
ATTORNEY GENERAL

Thomas S. Flynn (Alaska Bar No. 1910085)
Assistant Attorney General
Department of Law
1031 West Fourth Avenue, Ste. 200
Anchorage, AK 99501
Telephone: (907) 269-6612
Facsimile: (907) 258-4978
Email: thomas.flynn@alaska.gov

Attorney for the State of Alaska

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| Public Interest Legal Foundation,<br><br>    Plaintiff,<br><br>v.<br><br>Nancy Dahlstrom, in her official capacity as Lieutenant Governor for the State of Alaska,<br><br>    Defendant. | Case No.: 1:22-cv-00001-SLG<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER** |

The defendant, Lieutenant Governor Nancy Dahlstrom, hereby moves for an extension of time to answer the complaint. Under Rule 12(a)(4)(A), the defendant's answer was due on May 31, 2023, 14 days after the Court denied her motion to dismiss. [Doc. 53] The defendant respectfully requests an extension until two weeks following the conclusion of the settlement conference, if no settlement is reached. The Public Interest Legal Foundation does not oppose this request.

DATED: June 2, 2023.

                              TREG R. TAYLOR
                              ATTORNEY GENERAL

By:   /s/ *Thomas S. Flynn*
       Thomas S. Flynn
       Assistant Attorney General
       Alaska Bar No. 1910085
       Department of Law
       1031 West Fourth Avenue, Ste. 200
       Anchorage, AK 99501
       Phone: (907) 269-6612
       Facsimile: (907) 258-4978
       Email: thomas.flynn@alaska.gov
       Attorney for the State of Alaska

**Certificate of Service**
I certify that on June 2, 2023, the foregoing **Unopposed Motion for Extension of Time to Answer**, **[Proposed] Order Granting Unopposed Motion for Extension of Time to Answer** and this **Certificate of Service** were served electronically on:

Maureen Riordan
Public Interest Legal Foundation
32 East Washington Street, Suite 1675
Indianapolis, IN 46204-3594
Email: mriordan@PublicInterestLegal.org

Kaylan Phillips
Public Interest Legal Foundation
32 East Washington Street, Suite 1675
Indianapolis, IN 46204-3594
Email: kphillips@PublicInterestLegal.org

Noel Johnson
Public Interest Legal Foundation
32 East Washington Street, Suite 1675
Indianapolis, IN 46204-3594
Email: njohnson@PublicInterestLegal.org

                              /s/ *Thomas S. Flynn*
                              Thomas S. Flynn
                              Assistant Attorney General

*Public Interest Legal Foundation v. Nancy Dahlstrom*    Case No.: 1:22-cv-00001-SLG
Unopposed Motion for Extension of Time to Answer    Page 2 of 2

Case 1:22-cv-00001-SLG    Document 55    Filed 06/02/23    Page 2 of 2