TREG R. TAYLOR
ATTORNEY GENERAL

Thomas S. Flynn (Alaska Bar No. 1910085)
Assistant Attorney General
Department of Law
1031 West Fourth Avenue, Ste. 200
Anchorage, AK 99501
Telephone: (907) 269-6612
Facsimile: (907) 258-4978
Email: thomas.flynn@alaska.gov

Attorney for the State of Alaska

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| Public Interest Legal Foundation,<br><br>    Plaintiff,<br><br>v.<br><br>Nancy Dahlstrom, in her official capacity as Lieutenant Governor for the State of Alaska,<br><br>    Defendant. | Case No.: 1:22-cv-00001-SLG<br><br>**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER** |

The defendant's unopposed motion for extension of time to answer the complaint is GRANTED. An answer is now due two weeks after the conclusion of the settlement conference, if no settlement is reached.

DATED: _____ 2022.

_____
Honorable Sharon L. Gleason
United States District Judge