# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| PUBLIC INTEREST LEGAL FOUNDATION, INC.<br><br>                    Plaintiff,<br><br>       v.<br><br>NANCY DAHLSTROM, in her official capacity as Lieutenant Governor for the State of Alaska,<br><br>                    Defendant. | Case No. 1:22-cv-00001-SLG |

## ORDER FOR SETTLEMENT CONFERENCE

1. **CALENDARING**.  A Settlement Conference is scheduled for **August 14, 2023 at 10:00 a.m. (AKDT)** before District Judge Timothy M. Burgess. The settlement conference will commence in Courtroom 1 of the James M. Fitzgerald U.S. Courthouse and Federal Building, located at 222 West 7th Avenue in Anchorage, Alaska.

2. **ATTENDANCE AND PARTICIPATION**

    a.    The following persons must attend or participate in the conference: (1) the attorney who will be lead trial counsel for each participating party must be present in person; (2) individual parties, and a representative of parties who are not individuals, must be present in person; (3) insurers, adjusters, risk managers, or executives with the ultimate authority to settle this case for each party must be present in person or immediately available by telephone.

b. Attorneys and parties may not participate telephonically absent prior approval by the settlement judge. Anyone, including an insurer, who participates telephonically must be available by telephone for the duration of the conference, regardless of the time at the individual's locale.

3. **SETTLEMENT BRIEFS**

a. By **August 4, 2023 at 12:00 p.m. (AKDT)**, each party must lodge a candid, concise settlement brief that is no more than ten pages, not including attachments. *Settlement briefs are not required to be exchanged.* The settlement brief shall include, but need not be limited to: (1) a history of the settlement negotiations in this case; (2) an identification of the strengths and weaknesses of each party's case; (3) the relief sought with supporting legal authority; (4) whether the National Voter Registration Act or ERIC membership requirement may affect the relief sought; and (5) a summary of similarly situated federal actions, if any, and how any such parallel cases were resolved.

b. **The briefs must be lodged in a sealed envelope delivered to the Clerk's Office addressed to Judge Burgess' Chambers.** The briefs are confidential and will not become part of the record. After the conference, the settlement conference judge will return or destroy all briefs.

DATED this 17th day of July, 2023 at Anchorage, Alaska.

*/s/ Timothy M. Burgess*
TIMOTHY M. BURGESS
UNITED STATES DISTRICT JUDGE