Noel H. Johnson*
Maureen Riordan*
Kaylan L. Phillips*
PUBLIC INTEREST LEGAL FOUNDATION
107 S. West Street, Suite 700
Alexandria, VA 22314
Phone: 703-745-5870
njohnson@PublicInterestLegal.org
mriordan@PublicInterestLegal.org
kphillips@PublicInterestLegal.org
*  *Admitted Pro Hac Vice*
Attorneys for Plaintiff Public Interest Legal Foundation

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| **PUBLIC INTEREST LEGAL FOUNDATION, INC.,**<br><br>*Plaintiff*,<br><br>v.<br><br>**NANCY DAHLSTROM,** in her official capacity as Lieutenant Governor for the State of Alaska,<br><br>*Defendant*. | Case No. 1:22-cv-00001-SLG |

## PLAINTIFF PUBLIC INTEREST LEGAL FOUNDATION'S
## NOTICE OF CONFLICT AND
## MOTION TO RESCHEDULE SETTLEMENT CONFERENCE

Plaintiff Public Interest Legal Foundation ("Foundation") notifies the Court of a conflict with the Settlement Conference scheduled for August 14, 2023.

1. On July 17, 2023, the Court ordered the parties to appear at the Settlement Conference in Anchorage on August 14, 2023. (ECF No. 58.)

2. The Foundation's General Counsel, who will serve as its party-representative at the Settlement Conference, is scheduled to be in trial in Texas on and around August 14, 2023.

3. Due to that conflict, the Foundation respectfully requests that the Court reschedule the Settlement Conference.

4. The Foundation's counsel and party-representative are available to attend the Settlement Conference on the following dates:

    a. August 23, 28, and 29.

    b. September 6, 7, 12, and 13.

5. The Foundation conferred with Defendant's counsel prior to filing this notice. Defendant's counsel states that he is presently available on these proposed dates.

6. The parties will propose additional dates, if necessary.

7. WHEREFORE, the Foundation respectfully requests that the Court reschedule the Settlement Conference.

Noel H. Johnson*
Maureen Riordan*
Kaylan L. Phillips*
PUBLIC INTEREST LEGAL FOUNDATION
107 S. West Street, Suite 700
Alexandria, VA 22314
Phone: 703-745-5870
njohnson@PublicInterestLegal.org
mriordan@PublicInterestLegal.org
kphillips@PublicInterestLegal.org
*  *Admitted Pro Hac Vice*
*Attorneys for Plaintiff Public Interest Legal Foundation*

By: /s/ Noel H. Johnson
Noel H. Johnson, *Pro Hac Vice*

## CERTIFICATE OF SERVICE

I hereby certify that on July 21, 2023, I electronically filed the foregoing using the Court's ECF system, which will serve notice on all registered parties.

    /s/ Noel H. Johnson
Noel H. Johnson
njohnson@publicinterestlegal.org
Counsel for Plaintiff